FILED
March 09, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003333357

Douglas B. Jacobs 084153
JACOBS, ANDERSON, POTTER & CHAPLIN
20 Independence Circle
Chico, CA 95973
Phone: 530-342-6144
Fax: 530-342-6310

Attorney for Debtor,
Martin G. Runnells

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

In re:

MARTIN GEORGE RUNNELLS,

Debtor.

Case No: 2010-51774

**Ex parte Motion to Excuse Martin George Runnells from Completion of Personal Financial Management Course**

## Introduction

This is a motion to excuse Martin George Runnells from completing a personal financial management course, as required by 11 U.S.C. §707(a) (11), 109(h) (1). The court should do so because Mr. Runnells died subsequent to filing the petition, after attending the 341 hearing but prior to completing the personal financial management course.

## Memorandum of Points and Authorities

**Section 109(h) (4) excuses completion of the personal financial management course based on the physical disability of the Debtor.**

Section 727(a) (11) of the Bankruptcy Code provides that a Debtor shall not receive a discharge without completing a personal financial management course, unless the Debtor is excused under Section 109(h) (4).

Section 109(h) (4) provides that Debtors unable to complete such a course by reason of a "disability" may be excused from doing so but still obtain a discharge under Section 727(a). "Disability" means "that the debtor is so physically impaired so as to be unable, after reasonable effort, to participate in an in person, telephone, or Internet briefing...."

Subsequent to the filing of his petition and after attending the 341 hearing, but prior to completing the personal financial management course, Martin George Runnells died. See obituary of the debtor filed herewith. [A death certificate is not yet available].

Death is a "disability" within the meaning of Section 109(h) (4).

Therefore the court is requested to grant this request and excuse the completion of the financial management courts.

Respectfully submitted:

Dated: March 8, 2011                    Jacobs, Anderson, Potter & Chaplin, LLP


                                        By: /s/ Douglas B. Jacobs
                                        Douglas B. Jacobs, attorney for Debtor