## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Martin George Runnells | **Case No :** 10−51774 − B − 7 | |
| | | **Date :** 5/10/11 | |
| | | **Time :** 09:32 | |
| **Matter :** | [22] − Motion/Application for Exemption from Financial Management Course [DBJ−1] Filed by Debtor Martin George Runnells (stps) | | UNOPPOSED |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)    Debtor(s) Attorney − Douglas B. Jacobs
**Respondent(s) :**

Findings of fact/conclusions of law stated orally on record

The motion is granted.

ORDER TO BE PREPARED BY :      Douglas B. Jacobs